```
 1 │ TARA K. McGRATH
   │ United States Attorney
 2 │ DEREK T. KO
   │ Assistant United States Attorney
 3 │ Florida Bar No. 84398
   │ United States Attorney's Office
 4 │ 880 Front Street, Room 6293
   │ San Diego, California 92101-8893
 5 │ Telephone: (619) 546-7680
 6 │ Attorneys for Plaintiff
   │ UNITED STATES OF AMERICA
 7 │
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-MJ-03854-MDD |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| SEAN STEVENSON, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Andrew Sherwood as Co-Counsel.

DTK:: 10/26/2023

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

    Name

    None.

Please feel free to call me if you have any questions about this notice.

DATED: October 26, 2023.

    Respectfully submitted,

    TARA K. MCGRATH
    United States Attorney

    *s/Derek T. Ko*
    DEREK T. KO
    Assistant United States Attorney
    Attorney for Plaintiff
    UNITED STATES OF AMERICA