DANA M. GRIMES
STATE BAR NO.: 250933
GRIMES & WARWICK
401 B Street, Ste 2330
SAN DIEGO, CA 92101
TELEPHONE: (619) 232-9700
FACSIMILE: (858) 430-2773
EMAIL: dana@gwdefense.com

Attorney for Defendant
SEAN STEVENSON

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Sean Stevenson,<br><br>Defendant. | Case No.: 23-mj-03854<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Dana M. Grimes, of Grimes & Warwick, 401 B Street, Suite 2330, San Diego, CA, 92101, hereby enters her appearance as attorney of record for the person charged as Sean Stevenson, as lead counsel in the above-captioned case.

DATED: October 31, 2023

Respectfully submitted,

/s/ Dana M. Grimes
DANA M. GRIMES
Grimes & Warwick
Attorney for Sean Stevenson