1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23mj3854 |
|---|---|
| v. | DETENTION ORDER |
| SEAN STEVENSON, | |
| Defendant. | |

In accordance with the Bail Reform Act of 1984, 18 U.S.C. § 3142(f), a detention hearing was scheduled for October 31, 2023, to determine whether defendant, Sean Stevenson ("Defendant"), should be held in custody without bail pending trial and, if convicted, sentencing in the above-captioned matter. Assistant U.S. Attorney Andrew Sherwood appeared on behalf of the United States. Attorney Dana Grimes appeared on behalf of the Defendant.

Based on the evidence proffered by the United States, the evidence proffered by the defense, and the complaint, the Court concludes the following: the Government met its burden to demonstrate by a preponderance of the evidence that Defendant is a flight risk, met its burden by clear and convincing evidence that Defendant is a danger to the

community, and that there is no condition or combination of conditions that will reasonably assure the appearance of the person as required and the safety of the community.

## I.

## FINDINGS OF FACT

*A.    Nature and Circumstances of the Offense Charged, 18 U.S.C. § 3142(g)(1)*

1.      Defendant is charged in a complaint with Attempted Enticement of a Minor in violation of 18 U.S.C. § 222(b). This a presumption of detention case.

2.      This is very a serious charge. If convicted of this, Defendant faces a significant amount of custodial time including a mandatory minimum of 10 years in prison with a significant sentencing guidelines range that could be in excess of 10 years.

3.      The evidence against Defendant, while a lesser factor, is quite strong. As proffered by the Government, Defendant was a high school teacher and running coach and was arrested on October 24, 2023 after arranging to receive oral sex from a minor he believed to be 16 years old for $140. A location for the sex act to take place was set and Defendant met there at the agreed upon time. In Defendant's car was $140 cash. Additionally, law enforcement called Defendant's cellphone from the undercover's phone number and Defendant's phone rang. Law enforcement is in possession of the messages exchanged between Defendant and the undercover who was posing as someone who was trafficking a 16 year old. In those messages, Defendant expressed that he was interested in purchasing sex with minors.

The Government also proffered that in Defendant's Pinger account there were communications between Defendant and other commercial sex workers in which Defendant was attempting to purchase minors for sex. Search warrants were obtained for Defendant's cellphone and residence. Investigators found images in Defendant's cellphone depicting minors engaged in sexually explicit conduct. They also found 2 thumb drives hidden in Defendant's home, that contained more images depicting minors engaged in sexually explicit conduct.

4.     The allegations and nature of the charges give rise to significant concerns regarding the safety of the community.

B.     *History and Characteristics of Defendant, 18 U.S.C. § 3142(g)(3)*

1.     Defendant has ties to the community, but those may have diminished in recent days and weeks. The Government has proffered that his partner whom he lived with has ended the relationship and Defendant is no longer welcome at her home. Also, Defendant not is welcome at the school he taught at and his employment is likely to be terminated.

# O R D E R

**IT IS HEREBY ORDERED** that the Defendant be detained pending trial and, if convicted, sentencing in these matters.

**IT IS FURTHER ORDERED** that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal.  The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and Government counsel.

//

//

//

//

//

//

//

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of his right to bail and a detention hearing at a future date.

**IT IS SO ORDERED.**

Dated:  11/1/2023

_____
HONORABLE STEVE B. CHU
United States Magistrate Judge
United States District Court for the
Southern District of California