# TRANSCRIPT ORDER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Please use one form per case
Please read instructions on next page

COURT USE ONLY
**DUE DATE:**

**1a.** CONTACT PERSON FOR THIS ORDER: Heidi Dillon
**2a.** CONTACT PHONE NUMBER: 619-232-9700
**3a.** CONTACT EMAIL ADDRESS: heidi@gwdefense.com

**1b.** ATTORNEY NAME (if different): Dana Grimes
**2b.** ATTORNEY PHONE NUMBER: 619-232-9700
**3b.** ATTORNEY EMAIL ADDRESS: dana@gwdefense.com

**4.** MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE): Grimes & Warwick 401 B Street, Ste 2330 San Diego, CA 92101

**5.** CASE NAME: USA v. Stevenson
**6.** CASE NUMBER: 23-mj-03854-MDD

**7.** TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

**a.** HEARING(S) (OR PORTIONS OF HEARINGS)
**b.** SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
**c.** DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | CD ($32) | ORDINARY (30-day $4.00 pp) | 14-DAY ($4.70 pp) | EXPEDITED (7-day $5.35 pp) | 3-DAY ($6.00 pp) | DAILY (Next Day $6.70 pp) | HOURLY (2 hrs $8.00 pp) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/23 | SBC | DH | | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**8.** ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.
We would like the transcript from the whole detention hearing on October 31, 2023, thank you

**ORDER & CERTIFICATION (9. & 10.)** By signing below, I certify that I will pay all charges (deposit plus additional).
**9.** SIGNATURE: /s/ Heidi Dillon
**10.** DATE: 11/2/2023

Clear Form    Print to PDF